**Order entered July 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01431-CR

**CARL LESTER TENNISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F10-72786-Y**

## ORDER

Appellant's Motion for Extension of Time to File Motion for Rehearing is **GRANTED.**

Appellant shall file his Motion for Rehearing on or before July 31, 2013.


/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE